1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT MOUNT VERNON

9

10

11

12

13

14

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR25-074 PLM |
| Plaintiff, | ) FINDINGS AND ORDER ACCEPTING |
| | ) DEFENDANT FOR DEFERRED |
| v. | ) PROSECUTION, APPROVING |
| | ) TREATMENT PLAN, AND |
| HEATHER L. WAITS, | ) DIRECTING DEFENDANT TO TAKE |
| | ) TREATMENT AS PRESCRIBED |
| Defendant. | ) |
| | ) |

15    THIS MATTER, coming on for hearing this 1ST day of July, 2025 upon the

16  defendant's Petition for Deferred Prosecution; the defendant appearing in person and by

17  her attorney, Emily Beschen; the United States of America being represented by

18  Garvey P. McKee, Special Assistant United States Attorney; the Court, having

19  examined and incorporated into the record Petitioner's Petition and Statement in

20  support of deferred prosecution, the evaluation and treatment report prepared by

21  Conquer, and the files and records herein, being fully advised in the premises, does now

22  make and enter the following:

23  ///

24  ///

25  ///

26

ORDER ACCEPTING DEFERRED
PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 1

1                              I. FINDINGS OF FACT

2          A.      On or about the 10th day of February 2025, Petitioner was charged with

3    the offense/offenses charged in the Information.  This offense occurred as a direct result

4    of alcoholism/chemical dependency problems;

5          B.      Petitioner suffers from an alcohol/drug problem and is in need of

6    treatment;

7          C.      The probability of similar misconduct in the future is great if the problem

8    is not treated;

9          D.      Petitioner is amenable to treatment;

10          E.      An effective rehabilitative treatment plan is available to Petitioner

11    through Conquer, an approved treatment facility as designated by the laws of the State

12    of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

13          F.      That Petitioner agrees to comply with the terms and conditions of the

14    program offered by the treatment facility as set forth in the diagnostic evaluation from

15    Conquer, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to

16    be liable for all costs of this treatment program;

17          G.      That Petitioner has knowingly and voluntarily stipulated to the

18    admissibility and sufficiency of the facts as contained in the written police report

19    attached to Statement of Petitioner filed herewith.

20          H.      That Petitioner has acknowledged the admissibility of the stipulated facts

21    in any criminal hearing or trial on the underlying offense or offenses held subsequent to

22    revocation of this Order Granting Deferred Prosecution and that these reports will be

23    used to support a finding of guilt;

24          I.      That Petitioner has acknowledged and waived the right to testify, the right

25    to a speedy trial, the right to call witness to testify, the right to present evidence in her

26    defense, and the right to a jury trial;

ORDER ACCEPTING DEFERRED
PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 2

1

2    From the foregoing FINDINGS OF FACT, the Court draws the following:

3                              II.  CONCLUSIONS OF LAW

4        A.    That the above-entitled Court has jurisdiction over the subject matter and

5    Petitioner HEATHER L. WAITS, in this case;

6        B.    That Petitioner's Petition for Deferred Prosecution meets the requirements

7    of RCW 10.05 et seq.;

8        C.    That the diagnostic evaluation and commitment to treatment meets the

9    requirements of RCW 10.05.150;

10       D.    That Petitioner is eligible for deferred prosecution.

11                              III.  ORDER

12   Having made and entered the foregoing FINDINGS OF FACT and

13   CONCLUSIONS OF LAW, it is hereby

14   ORDERED that the defendant is accepted for deferred prosecution.  The

15   prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to

16   RCW 10.05 et seq., upon the following terms and conditions:

17       A.    Petitioner shall be on probation for the deferral period and follow the

18   rules and regulations of probation;

19       B.    Petitioner shall enroll in and successfully complete the two-year treatment

20   program recommended by Conquer according to the terms and conditions of that plan

21   as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition

22   and incorporated herein by reference.  Petitioner shall not change treatment agencies

23   without prior Probation approval;

24       C.    The treatment facility, Conquer, shall file with the United States

25   Probation Office status reports of Petitioner's compliance with treatment, monthly

26   during the first year of the deferred prosecution period and every three (3) months

ORDER ACCEPTING DEFERRED
PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 3

1  during the second year. The Court may increase the frequency of these reports at its
2  discretion;

3      D.    Petitioner shall notify U.S. Probation within 72 hours of any residence
4  change.

5      E.    Petitioner shall abstain during the deferred prosecution period from any
6  and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

7      F.    Petitioner shall not operate a motor vehicle on the public highways
8  without a valid operator's license and proof of liability insurance sufficient to comply
9  with the state laws on financial responsibility;

10     G.    Petitioner shall be law abiding and shall not commit any alcohol/drug
11  related offenses or other criminal offenses during the period of deferral,

12     H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,
13  questioned, or cited by Law Enforcement;

14     I.    If Petitioner fails or neglects to carry out and fulfill any term or condition
15  of her treatment plan or violates any provision of this Order or any rule or regulation of
16  her probation officer, upon receiving notice, the Court shall hold a hearing to determine
17  why Petitioner should not be removed from deferred prosecution and prosecuted for the
18  offense/offenses charged;

19     J.    In the event the Court finds cause to revoke this deferred prosecution, the
20  stipulated police reports shall be admitted into evidence, and Petitioner shall have her
21  guilt or innocence determined by the Court;

22     K.    That the statement of Petitioner for Deferred Prosecution shall remain
23  sealed, and all subsequent reports or documents relating to her treatment information
24  shall be sealed, to maintain confidentiality of Petitioner's treatment information;

25     L.    That the Department of Licensing be notified of this Order accepting the
26  Petitioner for deferred prosecution;

ORDER ACCEPTING DEFERRED
PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 4

1         M.    Upon proof of Petitioner's successful completion of five years deferral

2    period in this Order, the Court shall dismiss the charges pending against Petitioner.

3         N.    Additional conditions:

4    _____

5

6

7         DONE IN COURT this _____ day of _____, 2025.

8

9

10   _____
         UNITED STATES MAGISTRATE JUDGE

11   Presented by:

12

13   _____

14   Emily Beschen
     Attorney for Petitioner

15

16        I have received a copy of the foregoing Order of Deferred Prosecution.  I have
     read and understand its contents, and agree to abide by the terms and conditions set

17   forth herein.

18

19   Dated: _____    _____

20       HEATHER L. WAITS
         Petitioner

21

22   ~~I certify that a copy of this signed Order was mailed to the subject treatment~~

23   ~~facility, on~~ _____ ~~, 2025~~. The United States Probation Office was also
     furnished a copy of this Order.

24

25   _____

26       Clerk

ORDER ACCEPTING DEFERRED
PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 5