UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT MOUNT VERNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR25-074 PLM |
| Plaintiff, | ) AMENDED FINDINGS AND ORDER |
| | ) ACCEPTING DEFENDANT FOR |
| v. | ) DEFERRED PROSECUTION, |
| | ) APPROVING TREATMENT PLAN, |
| HEATHER L. WAITS, | ) AND DIRECTING DEFENDANT TO |
| | ) TAKE TREATMENT AS |
| Defendant. | ) PRESCRIBED |
| | ) |

THIS MATTER, originally came on for hearing the 1ST day of July, 2025 upon the defendant's Petition for Deferred Prosecution. The court entered Findings of Fact, Conclusions of Law, and an Order accepting the defendant for deferred prosecution. Those Findings of Fact, Conclusions of Law, and Order are incorporated by reference in this Amended Order.

THIS MATTER, came on for a subsequent hearing the 10th day of September, 2025 upon the report of defendant having violated the deferred prosecution. The defendant appeared in person, with her attorney, Emily Beschen; the United States of America was represented by Sandra S. Bostic, Assistant United States Attorney, and the United States Probation Office was represented by Christina Lacy. The defendant admitted the stated violations. As a sanction, the parties and the Court agreed as follows:

## I. FINDINGS OF FACT

A. The court incorporates sections A-I of the original Deferred Prosecution Order signed July 1, 2025;

B. On or about the 24th day of July 2025, Petitioner consumed alcohol, in violation of a condition of the deferred prosecution;

C. On or about the 24th day of July 2025, Petitioner used oxycodone, from an expired prescription, in violation of a condition of the deferred prosecution;

D. Petitioner has significant mental health issues and requires treatment;

E. An effective mental health treatment plan is available to Petitioner at Behavioral Health Oak Harbor, a licensed mental health agency as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program; and

F. Petitioner is amenable to treatment.

From the foregoing FINDINGS OF FACT, the Court draws the following:

## II. CONCLUSIONS OF LAW

A. The court incorporates sections A-D of the original Deferred Prosecution Order signed July 1, 2025.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT it is hereby:

ORDERED that the defendant's deferred prosecution be amended as follows:

A. The court incorporates sections A-N of the original Deferred Prosecution Order signed July 1, 2025;

B. Petitioner shall attend weekly mental health treatment at Behavioral Health Oak Harbor;

C. The mental health treatment provider, Behavior Health Oak Harbor, shall file with the United States Probation Office status reports of Petitioner's compliance

with weekly mental health treatment, monthly during the first two (2) years of the deferred prosecution period and every three (3) months during the final three years. The court may increase the frequency of these reports at its discretion.

DATED this <u>24th</u> day of <u>September</u>, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

*Emily Beschen*
Emily Beschen
Attorney for Petitioner

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: <u>21 September 2025</u>   _____
HEATHER L. WAITS
Petitioner

The United States Probation Office was furnished a copy of this Order.

_____
Clerk

AMENDED ORDER ACCEPTING DEFERRED PROSECUTION
United States v. HEATHER L. WAITS
CR25-074 PLM - 3